UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> *Sean Nicholas Gilbert* ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. **08 CR 586 W** <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. **07242298** |

On order of the United States District/(Magistrate Judge,) **William McCurine, Jr.**

IT IS HEREBY ORDERED that the ~~following named~~ person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court)).

*Maria Soledad Zendejas-Ortiz*

DATED: **3-4-04**

**William McCurine, Jr.**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
           Deputy Clerk